NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000717
10-FEB-2025
08:00 AM
Dkt. 15 ODMR

NO. CAAP-24-0000717

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
HANNAH K. VALIENTINO, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DTI-24-203139)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon consideration of self-represented Defendant-Appellant Hannah Valientino's (**Valientino**) February 5, 2025 Motion for Reconsideration (**Motion**), the papers in support, and the record, it appears that Valientino fails to demonstrate a point of law or fact that the court overlooked or misapprehended in the January 27, 2025 Amended Order Dismissing Appeal. See Hawai'i Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawai'i, February 10, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge